**Dennis Smith MENJIVAR–MENJIVAR, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 08–70567.

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.*

Filed June 29, 2009.

Keli M. Reynolds, Los Angeles, CA, for Petitioner.

Ari Nazarov, Esquire, OIL, U.S. Department of Justice, Washington, DC, District Counsel Phoenix, Esquire, Office of the District Director U.S. Department of Homeland Security, Phoenix, AZ, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Dennis Smith Menjivar–Menjivar, a native and citizen of Honduras, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for protection under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *Singh v. Ashcroft,* 351 F.3d 435, 438 n. 2 (9th Cir.2003), and we deny the petition for review.

Substantial evidence supports the BIA's conclusion that Menjivar–Menjivar failed to establish that it is more likely than not he would be tortured in Honduras. *See id.* at 443. Accordingly, his application for deferral of removal under CAT fails.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

